KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK KROTOSKI (CASBN 138549)
Chief, Criminal Division

DEREK R. OWENS (CASBN 230237)
Special Assistant United States Attorney

KEVIN OSBORNE
Law Clerk

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-7200 (San Francisco)
Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No.: CR No. 06-0812 MAG |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER EXCLUDING TIME |
| v. ) | |
| ) | |
| JOHN DOE, ) | |
|    a/k/a Pedro Garcia Martinez, Sr. ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    On January 22, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from January 22, 2007 to February 22, 2007 for effective preparation of counsel, in that defense counsel required adequate time to supply the United States with information that may impact the outcome of the case and that the United States required adequate time to evaluate the information. The parties represented that granting the continuance was the reasonable time necessary for effective preparation of both

Stipulation and [Proposed] Order

defense counsel and the United States, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

                                      KEVIN V. RYAN
                                      United States Attorney

DATED:  02/08/07                 /s/ Derek R. Owens
                                      DEREK R. OWENS
                                      Special Assistant United States Attorney

DATED:  02/22/07                 /s/ Ron Tyler
                                      RON TYLER
                                      Attorney for Defendant

    As the Court found on January 22, 2007, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from January 22, 2007 to February 22, 2007 for effective preparation of defense counsel and the United States.  See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.
DATED:  March 26, 2007

                                      JAMES LARSON
                                      United States

*IT IS SO ORDERED — Judge James Larson, United States District Court, Northern District of California (seal)*