1
2
3
4       IN THE UNITED STATES DISTRICT COURT
5       FOR THE NORTHERN DISTRICT OF CALIFORNIA

Case 3:06-cr-00812-MAG   Document 16   Filed 03/28/2007   Page 1 of 2

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0812 MAG (JL) |
| Plaintiff, ) | |
| vs. ) | STIPULATION AND ORDER |
| ) | CONTINUING HEARING AND |
| JOHN DOE, ) | EXCLUDING TIME |
| aka Pedro Garcia Martinez, Sr. ) | |
| Defendant. ) | |

## STIPULATION

The parties agree to continue the hearing in the above-captioned matter from March 29, 2007 until April 12, 2007 at 11:00 a.m. Government counsel is in the process of obtaining potentially case-dispositive discovery documents. Defense counsel will need time to examine those documents once they are produced and to confer with his client.

For the foregoing reasons, the parties agree to the stated continuance and request that time be excluded under the Speedy Trial Act based upon the need for effective preparation. It is so stipulated.

DATED: 3/27/2007

_____
RONALD TYLER
Assistant Federal Public Defender
Counsel for John Doe, aka Pedro Garcia Martinez, Sr.

DATED: 3/28/07

_____
DEREK OWENS
Assistant United States Attorney

STIP & ORDER CONTINUING HEARING
*United States v. Doe*
CR 06-0812 MAG                               - 1 -

1

2                                                **ORDER**

3       The Court finds as follows:

4       The ends of justice are served by granting the requested continuance, given that failure to do so

5  would deny counsel for the defendant the reasonable time necessary for effective preparation, taking

6  into account the exercise of due diligence.

7       The aforementioned ends of justice outweigh the best interest of the public and the defendant in

8  a speedy trial.

9       Accordingly, this matter is continued until April 12, 2007 at 11:00 a.m  Pursuant to the Speedy

10 Trial Act, Title 18 United States Code §§3161(h)(8)(A) and 3161(h)(8)(B)(iv), the period from

11 March 29, 2007 until April 12, 2007 is excluded in computing the time within which the trial of this

12 matter must commence.

13 IT IS SO ORDERED.

14

15 DATED:

16                                       _____
                                         JAMES X.
17                                       CHIEF UNITED STATES MAGISTRATE JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: IT IS SO ORDERED, Judge James Larson]*

STIP & ORDER CONTINUING
HEARING
*United States v. Doe*
CR 06-0812 MAG                                    - 2 -