1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CABN 138549)
3  Chief, Criminal Division

4  DEREK R. OWENS (CABN 230237)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California  94102
       Telephone:  (415) 436-6488
7      Fax:  (415) 436-7234
       Email: Derek.Owens@usdoj.gov
8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                     SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,          )      CR No.: 06-0812 MAG
14                                     )
                                       )
15             Plaintiff,              )      STIPULATION AND [PROPOSED]
                                       )      ORDER CONTINUING CHANGE
16                                     )      OF PLEA HEARING
          v.                           )
17                                     )
   JOHN DOE,                           )
18     a/k/a Pedro Martinez Garcia, Sr. )
                                       )
19             Defendant.              )
   _____)
20

21

22        On April 12, 2007, the parties appeared before the Court for a status hearing.  The Court

23  set a change of plea hearing for May 10, 2007, at 11:00 a.m.  The parties hereby jointly request

24  that this status hearing be continued to June 7, 2007, at 11:00 a.m.  This continuance is requested

25  to allow the parties to continue working towards a recommended disposition in the matter.

26  Granting the continuance would allow the parties to solidify such an agreement and

27  //

28  //


   Stipulation and [Proposed] Order

1  allow defense counsel adequate time to discuss the options with the defendant.

2

3  SO STIPULATED:

4                                              SCOTT N. SCHOOLS
                                               United States Attorney

5

6          5/8/2007                            /s/ Derek Owens
   DATED: _____          _____

7                                              DEREK R. OWENS
                                               Special Assistant United States Attorney

8
           5/9/2007                            /s/ Ronald Tyler

9
   DATED: _____          _____

10                                             RONALD C. TYLER
                                               Attorney for the Defendant

11

12                                      **ORDER**

13

14      The status hearing currently set before this Court on May 10, 2007, at 11:00 a.m., is hereby

15  continued.  The matter is reset for a status hearing before the Honorable James Larson on June 7,

16  2007, at 11:00 a.m.

17

18  PURSUANT TO STIPULATION, IT IS SO ORDERED.

19

20
   DATED:___5/10/07_____
21                                      IT IS SO ORDERED

22                                      Judge James Larson

23

24

25

26

27

28

Stipulation and [Proposed] Order